# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re **Kurt & Eytoile Phillips** ,
Debtor

Case No. 14-48654

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Springleaf Financial Services fka American General Finance

**Last four digits** of any number you use to identify the debtor's account: 4 9 2 1

**Court claim no.** (if known): 3

**Date of payment change:**
Must be at least 21 days after date of this notice

07 / 01 / 14

**New total payment:**
Principal, interest, and escrow, if any

$ 982.54

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
Statements are not generated on bankruptcy accounts

**Current escrow payment:** $ 0.00          **New escrow payment:** $ 271.26

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%          **New interest rate:** _____%

**Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____          **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.          ❑ I am the creditor's authorized agent.
                                (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ _____ /s/ Dana C. Potter _____        Date  06/09/14
   Signature

**Print:**  Dana          C.          Potter          Title  Bankruptcy Specialist
           First Name    Middle Name   Last Name

Company    Springleaf Financial Services
          _____

Address    P.O. Box 3251
          _____
           Number        Street
           Evansville              IN      47731
          _____
           City                    State   ZIP Code

Contact phone  800   266  9800
              (_____) _____–_____          Email  cbp@slfs.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9 th/st day of June , 2014, a copy of the foregoing [*Notice of Mortgage Payment Change or Notice of Postpetition Mortgage Fees, Expenses, and Charges*] has been served via either the Court's CM/ECF system or first class mail on the following parties of interest:

Debtor(s)

Kurt T. Phillips
Eytoile A. Phillips
21588 Blackmar Avenue
Warren, MI 48091-4371

Debtors Attorney
Mark W. Chessman
25225 Gratiot Ave.
Roseville, MI 48066

Trustee
Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

/s/ Dana C. Potter
P.O. Box 3251
Evansville, IN 47731